1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 87965) dnewland@seyfarth.com
2  Eric M. Lloyd (SBN 254390) elloyd@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Lynn A. Kappelman (appearance *pro hac vice*)
6  lkappelman@seyfarth.com
   Two Seaport Lane, Suite 300
7  Boston, MA 02210
   Telephone:    (617) 946-4800
8  Facsimile:    (617) 946-4801

9  Attorneys for Defendants
   BAE SYSTEMS, INC.; BAE SYSTEMS SHIP REPAIR,
10 INC.; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR,
   INC.; HUGH VANDERSPEK; and JIM VAUGHT
11

12 THE FARRISE LAW FIRM, P.C.
   Simona A. Farrise, Esq. (SBN 171708)
13 Siddharth Jhans, Esq. (SBN 254165)
   901 Clay Street
14 Oakland, CA 94607
   Telephone:    (310) 424-3355
15 Facsimile:    (510) 588-4536

16 LIBERTY LAW
   Micha Star Liberty, Esq. (SBN 215687)
17 1970 Broadway, Suite 700
   Oakland, CA 94612
18 Telephone: (510) 645-1000
   Facsimile: (888) 645-2008
19
   THE ARKIN LAW FIRM
20 Sharon J. Arkin, Esq. (SBN 154858)
   225 S. Olive Street, Suite 102
21 Los Angeles, CA 90012
   Telephone: (541) 469-2892
22 (Facsimile) (866) 571-5676

23 Attorneys for Plaintiff
   MARTIN NERO
24

25

26

27

28

Joint Stipulation re Dismissal; Case No. 13-04271 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NERO,<br><br>    Plaintiff,<br><br>v.<br><br>BAE SYSTEMS, INC., BAE SYSTEMS SHIP REPAIR, INC., BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., HUGH VANDERSPEK, JIM VAUGHT, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 13-04271 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Having completed their respective obligations under a written settlement agreement, Plaintiff Martin Nero ("Plaintiff") and Defendants BAE SYSTEMS, INC.; BAE SYSTEMS SHIP REPAIR, INC.; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC.; HUGH VANDERSPEK; and JIM VAUGHT ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

1

| | |
|---|---|
| DATED: January 7, 2015 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | By: /s/ Eric M. Lloyd |
| | G. Daniel Newland |
| | Lynn A. Kappelman |
| | Eric M. Lloyd |
| | Attorneys for Defendants |
| | BAE SYSTEMS, INC.; BAE SYSTEMS SHIP REPAIR, INC.; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC.; HUGH VANDERSPEK; and JIM VAUGHT |
| DATED: January 7, 2015 | THE FARRISE LAW FIRM, P.C. |
| | By: /s/ Simona A. Farrise |
| | Simona A. Farrise |
| | Siddharth Jhans |
| | Attorneys for Plaintiff |
| | MARTIN NERO |
| DATED: January 7 , 2015 | LIBERTY LAW |
| | By: /s/ Micha Star Liberty |
| | Micha Star Liberty |
| | Attorneys for Plaintiff |
| | MARTIN NERO |
| DATED: January 7, 2015 | THE ARKIN LAW FIRM |
| | By: /s/ Sharon J. Arkin |
| | Sharon J. Arkin |
| | Attorneys for Plaintiff |
| | MARTIN NERO |

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: January 8, 2015



Hon. Phyllis J. Hamilton
United States District Court Judge

3